# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,                )  | |
|                                                      )  | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff,       )  | |
|                                                      )  | |
| vs.                                              )  | |
|                                                      )  | Case No. 1:24-cr-002 |
| Solomon Lindsay,                       )  | |
|                                                      )  | |
| Defendant.  )  | |

The undersigned shall hold a pretrial status conference with counsel by telephone on July 28, 2026, at 10:00 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2026.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court